UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:24-cr-00558-TNM |
| ) | |
| JASON PALLANTE, ) | |
| DEFENDANT. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States, by and through its attorney, the United States Department of Justice, Criminal Division, Public Integrity Section, hereby informs the Court that Trial Attorney Jacob R. Steiner is withdrawing as counsel for the United States in the above-captioned matter.

Respectfully submitted,

/s/ Jacob R. Steiner
Jacob R. Steiner
CA Bar No. 325239
Trial Attorney, Public Integrity Section
United States Department of Justice
1301 New York Ave, NW
Washington, D.C. 20530
Telephone: 202-924-5829
Email: Jacob.Steiner@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 31, 2025, to the CM/ECF system of the United States District Court for the District of Columbia for electronic delivery to all counsel of record.

/s/ Jacob R. Steiner
Jacob R. Steiner
Trial Attorney